UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:12-CR-79-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARRY DEAN CANADY | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Friday, March 22, 2013, in Raleigh. The case is hereby CONTINUED to __May 2013__ in __Raleigh__, North Carolina.

This __12__ day of __March__ 2013.

James C. Dever III
Chief U.S. District Judge